UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY PARISH,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/23/2023

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On August 22, 2023, Defendant Ray Parish filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 21.  By **August 30, 2023**, the Government shall file a letter stating its position as to Defendant's motion, including its position as to whether further briefing is required.

       SO ORDERED.

Dated: August 23, 2023
       New York, New York

ANALISA TORRES
United States District Judge