```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2023    _
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY PARISH,

                    Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On August 22, 2023, Defendant Ray Parish filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF No. 21.  On August 23, 2023, the Court directed the Government to file a letter stating its position as to Defendant's motion by August 30, 2023.  ECF No. 22.  That submission is now overdue.  Accordingly, by **September 8, 2023**, the Government shall file a letter stating its position as to Defendant's motion, including its position as to whether further briefing is required.

      SO ORDERED.

Dated: September 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge