```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/10/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY PARISH,

                    Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 22, 2023, Defendant Ray Parish filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF No. 21. On September 15, 2023, the Government filed its opposition, ECF No. 27, and on September 25, 2023, Defendant filed his reply, ECF No. 30.

    On November 1, 2023, previously announced amendments to the United States Sentencing Commission's Sentencing Guidelines went into effect. Such amendments include revisions to § 1B1.13, which governs motions for compassionate release.

    By **February 10, 2024**, the parties may file supplemental letters addressing the relevant amendments to the Sentencing Guidelines.

    SO ORDERED.

Dated: January 10, 2024
       New York, New York

                                                      ANALISA TORRES
                                            United States District Judge