UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

RAY PARISH,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _5/18/2026___

13 Cr. 829-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

A hearing is scheduled for **June 29, 2026**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007, concerning the violation of supervised release report dated May 12, 2026.

Attorney Zachary Margulis-Ohnuma is hereby APPOINTED under the Criminal Justice Act to represent Defendant, Ray Parish, during the pendency of violation of supervised release proceedings.  Mr. Margulis-Ohnuma shall promptly enter an appearance on the docket.


SO ORDERED.

Dated: May 18, 2026
        New York, New York

_____
        ANALISA TORRES
    United States District Judge