UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAY PARISH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2026_____

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference for violation of supervised release proceedings in this matter currently scheduled for June 29, 2026 is ADJOURNED *sua sponte* to **July 6, 2026**, at **10:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: June 26, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge