UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAY PARISH,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/2026_____

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The violation of supervised release conference currently scheduled for July 6, 2026 is ADJOURNED to **July 13, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: July 1, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge