USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RAY PARISH,

Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties jointly move for a modification of Defendant Ray Parish's terms of supervised release.[1] The Court ADDS the following condition to Parish's supervised release:

> You must participate in an outpatient mental health treatment program approved by the United States Probation Office. You must contribute to the cost of treatment based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available mental health evaluations and reports, including the presentence investigation report, to the treatment provider. You must sign the required release of information authorization forms to allow your Probation Officer to obtain information regarding your treatment from the treatment provider/program.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] Because Parish consents to the imposition of this term of supervised release, and expressly waived his right to a hearing during the conference on August 3, 2026, the Court need not hold a hearing prior to imposing this additional term. *See* 18 U.S.C. § 3583(e)(2); Fed. R. Crim. P. 32.1(c)(1)–(2).