USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

***Via ECF and email***

Hon. Analisa Torres
Southern District of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312

RE: *United States v. Ray Parish*, 13 Cr. 829 (AT) (VOSR)

Dear Judge Torres:

This office represents defendant Ray Parish in the above-captioned case in which alleged violations of supervised release are currently pending. I write to respectfully request the Court's authorization to submit interim CJA vouchers for myself and co-counsel Shane Finn. Interim vouchers are appropriate in this instance because of the anticipated length of our representation of Mr. Parish, which is ongoing.

Thank you for your attention to this case.

Very truly yours,

Zachary Margulis-Ohnuma

Zachary Margulis-Ohnuma
Principal Attorney

GRANTED.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge