USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/24/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAY PARISH,

Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At the status conference held on September 21, 2026, the parties jointly moved for a modification of Defendant Ray Parish's terms of supervised release.[1] The Court ADDS the following condition to Parish's supervised release:

> You will participate in an inpatient treatment program approved by the United States Probation Office, which program may include testing to determine whether you have reverted to using drugs or alcohol. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance use disorder treatment provider.

This condition supersedes and replaces the term requiring Parish to attend outpatient treatment added on August 5, 2026. The Clerk of Court is therefore respectfully directed to vacate the order at ECF No. 42.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge

[1] Because Parish consents to the imposition of this term of supervised release and waived his right to a hearing during the conference on September 21, 2026, the Court need not hold a hearing prior to imposing this additional term. *See* 18 U.S.C. § 3583(e)(2); Fed. R. Crim. P. 32.1(c)(1)–(2).