USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/17/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAY PARISH,

Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

At the September 21, 2026 status conference, the parties were directed to submit a joint status letter on November 16, 2026. *See* 9/21/2026 Minute Entry. The parties have not submitted the status letter. Accordingly, by **December 1, 2026**, the parties shall submit the joint status letter.

SO ORDERED.

Dated: November 17, 2026
New York, New York

ANALISA TORRES
United States District Judge