USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAY PARISH,

Defendant.

13 Cr. 829 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On **December 7, 2026**, at **2:00 p.m.**, the parties shall appear for a status conference in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, NY 10007.

SO ORDERED.

Dated: November 23, 2026
New York, New York

ANALISA TORRES
United States District Judge